# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAGUNA DAIRY, et al., <br><br> Defendants. | Civil Action No. 22-1135-TMH |

## ORDER

At Wilmington, this 17th day of November 2023:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (D.I. 20) is **GRANTED**.

/s/ Todd M. Hughes
The Hon. Todd M. Hughes
United States Court of Appeals for the Federal Circuit, sitting by designation